**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **JANE DOE, proceeding under a pseudonym** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 1:25-cv-2299** |
| **v.** | ) | |
| | ) | |
| **TEXAS CHRISTIAN UNIVERSITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM</u>**

COMES NOW the PLAINTIFF, JANE DOE ("Jane"), by counsel, and moves this Court for leave to proceed under a pseudonym. The legal and factual basis for the motion is addressed in the accompanying Memorandum in Support.

Dated: December 9, 2025

Respectfully submitted,

JANE DOE

By: /s/ Thomas M. Wolf
Thomas M. Wolf (VSB # 18234)
Joseph M. Rainsbury, Esq. (VSB # 45782)
Clarissa K. Pintado, Esq. (VSB #86882)
O'Hagan Meyer, PLLC
411 E. Franklin Street; Suite 500
Richmond, VA 23219
Telephone: (804)361-4551
Facsimile: (804) 237-0250
Twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
cpintado@ohaganmeyer.com

Alison C. Duffy, Esq. (VSB #90113)
O'Hagan Meyer, PLLC
2560 Huntington Ave, Suite 204
Alexandria, VA 22303
P: (703) 775-8606
aduffy@ohaganmeyer.com

*Counsel for Plaintiff*