**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

**JANE DOE,**

**Plaintiff,**

**v.** **Case No.: 1:25-cv-2299**

**TEXAS CHRISTIAN UNIVERSITY,**

**Defendant.**

**DEFENDANT TEXAS CHRISTIAN UNIVERSITY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

Defendant Texas Christian University ("TCU"), by and through undersigned counsel, hereby respectfully moves this honorable Court to dismiss Plaintiff Jane Doe's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6). In the alternative, TCU requests transfer to the United States District Court of the Northern District of Texas pursuant to 28 U.S.C. § 1404(a). In support, TCU states the following in brief below, and further in its accompanying Memorandum of Point and Authorities.

TCU requests that this Court dismiss Jane's Complaint for lack of personal jurisdiction pursuant to Rule 12(b)(2) as TCU is not at home in the Commonwealth of Virginia, and Jane's claims do not arise out of TCU's contacts with the Commonwealth. TCU further requests that the Court dismiss Jane's Complaint for improper venue pursuant to Rule 12(b)(3) and 28 U.S.C. § 1406(a) as TCU does not reside in the Commonwealth and a substantial part of the events giving rise to the claim did not occur here. Alternatively, pursuant to 28 U.S.C. § 1404(a), this Court should transfer this matter to the Northern District of Texas for the convenience of parties and witnesses, and in the interest of justice. Should this Court determine that it has personal jurisdiction

over TCU and that venue is proper, Plaintiff's Complaint fails to state a claim, and this Court should dismiss the Complaint pursuant to Rule 12(b)(6).

Finally, Defendant TCU respectfully requests oral argument of the issues presented in this motion to dismiss, or in the alternative, to transfer venue.

**WHEREFORE**, for the reasons set forth herein, in Defendant's Memorandum of Points and Authorities in Support of its Motion to Dismiss, and those which may be discussed with the Court at oral arguments, Texas Christian University respectfully requests this Court dismiss Plaintiff's Complaint for lack of personal jurisdiction, failure to state a claim upon which relief can be granted, and for filing in an improper venue. In the alternative, Texas Christian University respectfully requests this Court transfer this matter to the Northern District of Texas.

Dated: April 24, 2026

Respectfully submitted,

**TEXAS CHRISTIAN UNIVERSITY**
By Counsel

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ Jason R. Waters*
Jason R. Waters (VSB No. 73887)
Lauren E. Gilman (VSB No. 101558)
Nicole K. Rocha (VSB No. 100669)
8444Westpark Drive – Suite 510
McLean, VA 22102-5102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
Nicole.Rocha@wilsonelser.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record:

Thomas M. Wolf (VSB No. 18234)
Joseph M. Rainsbury (VSB No. 45782)
Clarissa K. Pintado (VSB No. 86882)
O'Hagan Meyer, PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
(804) 361-4551 (telephone)
(804) 237-250 (facsimile)
twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
cpintado@ohaganmeyer.com
*Counsel for Plaintiff*

Alison C. Duffy (VSB No. 90113)
O'Hagan Meyer, PLLC
256 Huntington Ave., Suite 204
Alexandria, VA 22303
(703) 775-8606 (telephone)
aduffy@ohaganmeyer.com
*Counsel for Plaintiff*

*/s/ Jason R. Waters*
Jason R. Waters (VSB No. 73887)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
8444Westpark Drive – Suite 510
McLean, VA 22102-5102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Jason.Waters@wilsonelser.com
*Counsel for Defendant*