EXHIBIT B

TCU

VICE CHANCELLOR FOR STUDENT AFFAIRS

July 10, 2025

To: [redacted]

From: Kathy Cavins-Tull, PhD
Vice Chancellor for Student Affairs

I am writing to you about the recent student conduct case in which TCU student [redacted] alleged that [redacted] sexually assaulted her.

Last week Chancellor Daniel Pullin received correspondence from Ms. [redacted]'s attorney raising several concerns about the Title IX and student conduct process, including whether the sanction imposed was appropriate in light of the finding by the hearing panel that [redacted] "penetrated the Complainant's vagina with his penis, without her consent, while she was [sic] lying in bed in her dormitory room, unaware that sexual activity was occurring."

The Board of Trustees has delegated ultimate institutional responsibility to the Chancellor. Accordingly, under applicable TCU policy the Chancellor retains the right to reverse any decision of the University Judicial System. Review by the Chancellor is not a matter of right but lies in the sole discretion of the Chancellor, which may be exercised in response to a request for review by a member of the TCU community or may be exercised unilaterally at the Chancellor's initiative. The Chancellor may delegate this authority to an appropriate Vice Chancellor.

After reviewing the correspondence from Ms. [redacted]s attorney, Chancellor Pullin exercised his discretion to review this case, and he delegated to me the authority to do so. To that end, I have reviewed all of the information gathered throughout the student conduct process, the recording of the student conduct hearing, and the record on appeal. I have also reviewed outcomes of other recent cases with similar allegations of sexual misconduct.

I find that the sanction imposed was not proportionate or appropriate in light of the factual finding of the hearing panel and the sanctions imposed in other recent cases addressing a wide range of sexual and related misconduct. The sanction was insufficient to vindicate the values of the university and the educational, institutional, and campus safety goals of the student conduct system.

Texas Christian University • TCU Box 297043 • Fort Worth, Texas 76129 • (817) 257-7820 • FAX (817) 257-5799

Accordingly, I hereby increase the sanctions imposed by the hearing panel and suspend the Respondent, [redacted], for the length of Complainant's tenure as a student at TCU or for two academic semesters, whichever is longer. I also extend Conduct Probation for respondent's tenure at TCU. The other sanctions imposed by the panel remain in place.

By copy of this letter, I am instructing the Office of the Dean of Students to implement this revised sanction. As I am acting on behalf of the Chancellor, there is no right of appeal, and my decision is final.

cc: Chancellor Daniel Pullin
Jeremy Steidl, Assistant Dean of Student
Karen Bell Morgan, Dean of Students
Office of Institutional Equity