**EXHIBIT D**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TEXAS CHRISTIAN UNIVERSITY,**<br><br>**Defendant.** | **Case No.: 1:25-cv-2299** |

**AFFIDAVIT OF TEXAS CHRISTIAN UNIVERSITY, IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO TRANSFER VENUE**

I, William J. Nunez, being duly sworn, depose and state as follows:

1. I am over the age of eighteen (18) and am competent to testify to the matters set forth herein. I make this affidavit based on my personal knowledge and upon review of the records maintained by Texas Christian University ("TCU") in the ordinary course of business.

2. I am currently employed by TCU as Vice Chancellor for Finance and Administration and have held this position since December 31, 2021. In this capacity, I am familiar with TCU's organizational structure, its operations, and the nature and extent of its activities in the Commonwealth of Virginia.

3. TCU is a private university incorporated under the laws of the State of Texas, with its principal place of business and campus located in Fort Worth, Texas.

4. TCU does not maintain any offices, branch locations, or satellite campuses in the Commonwealth of Virginia.

5. TCU does not own, lease, or otherwise hold any real or personal property in the Commonwealth of Virginia.

6. TCU does not conduct any regular, sustained, or systematic business operations in the Commonwealth of Virginia.

7. TCU does not employ any agents or maintain any employees stationed in the Commonwealth of Virginia.

8. Like many nationally recognized universities, TCU engages in nationwide student recruitment and admissions outreach. TCU's recruitment efforts are not specifically targeted at or focused on the Commonwealth of Virginia.

9. TCU's admissions communications to prospective students in Virginia consist of standardized, mass-market materials that are distributed nationally, sometimes variable by region, to students who have expressed interest in the university. These materials are not tailored to Virginia residents specifically and are the same materials sent to prospective students across the country.

10. With respect to the Plaintiff, Jane Doe, TCU's admissions communications began only after she expressed interest in TCU. TCU sent general marketing materials to her high school, and any subsequent communications were automated admissions messages triggered by her expression of interest, not deliberate, Virginia-directed engagement.

11. To my knowledge, TCU did not conduct any in-person recruiting visits or events in the Commonwealth of Virginia directed specifically at Jane Doe. Jane Doe does not claim to have attended any TCU recruiting events in Virginia.

12. No agreement between TCU and Jane Doe selects Virginia law as the governing law of their relationship, and no aspect of the admissions relationship contemplated ongoing contacts in the Commonwealth of Virginia.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 23 day of April, 2026.

________________________________

William J. Nunez

Vice Chancellor for Finance and Administration

Texas Christian University

**STATE OF TEXAS**

**TARRANT COUNTY**

Subscribed and sworn to before me this 23 day of April, 2026.

Terry Haney

Notary Public

My commission expires: November 12, 2027

NOTARY PUBLIC STATE OF TEXAS
TERRY HANEY
Notary Public, State of Texas
ID# 7470104
My Commission Expires
November 12, 2027