**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **JANE DOE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TEXAS CHRISTIAN UNIVERSITY,**<br><br>**Defendant.** | **Case No.: 1:25-cv-2299** |

**DEFENDANT TEXAS CHRISTIAN UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Defendant Texas Christian University ("TCU"), by and through undersigned counsel, hereby states that:

1. TCU is a Texas Non-Profit Corporation.

2. There is nothing to report under Local Civil Rule 7.1(A)(1)(a) and (b).

Dated: April 24, 2026

Respectfully submitted,

**TEXAS CHRISTIAN UNIVERSITY**
By Counsel

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

*/s/ Jason R. Waters*

Jason R. Waters (VSB No. 73887)
Lauren E. Gilman (VSB No. 101558)
Nicole K. Rocha (VSB No. 100669)
8444Westpark Drive – Suite 510
McLean, VA 22102-5102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
Nicole.Rocha@wilsonelser.com
*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of April 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record:

Thomas M. Wolf (VSB No. 18234)
Joseph M. Rainsbury (VSB No. 45782)
Clarissa K. Pintado (VSB No. 86882)
O'Hagan Meyer, PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
(804) 361-4551 (telephone)
(804) 237-250 (facsimile)
twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
cpintado@ohaganmeyer.com
*Counsel for Plaintiff*

Alison C. Duffy (VSB No. 90113)
O'Hagan Meyer, PLLC
256 Huntington Ave., Suite 204
Alexandria, VA 22303
(703) 775-8606 (telephone)
aduffy@ohaganmeyer.com
*Counsel for Plaintiff*

*<u>/s/ Jason R. Waters</u>*
Jason R. Waters (VSB No. 73887)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
8444Westpark Drive – Suite 510
McLean, VA 22102-5102
(703) 245-9300 (telephone)
(703) 245-9301 (facsimile)
Jason.Waters@wilsonelser.com
*Counsel for Defendant*