**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **JANE DOE, proceeding under a pseudonym,** | ) | |
| **Plaintiff,** | ) | **Case No.: 1:25-CV-2299** |
| **v.** | ) | |
| **TEXAS CHRISTIAN UNIVERSITY,** | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon Plaintiff's motion for a brief extension of time for good cause shown, and Defendant's consent thereto, the Court hereby extends the deadline for Plaintiff to file a brief responding to Defendant's Motion to Dismiss by one week. Plaintiff's response shall be due by May 15, 2026.

ENTERED this 30th day of April, 2026

/s/

Rossie D. Alston, Jr.
United States District Judge

SEEN AND AGREED:

*/s/Thomas M. Wolf*
Thomas M. Wolf, Esq. (VSB #18234)
Joseph M. Rainsbury, Esq. (VSB #45782)
Clarissa Pintado, Esq. (VSB #86882)
O'Hagan Meyer, PLLC
411 East Franklin Street, Suite 500
Richmond, VA 23219
Tel: 804-403-7100
twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
cpintado@ohaganmeyer.com

Alison C. Duffy, Esq. (VSB #90113)
O'Hagan Meyer, PLLC
2560 Huntington Ave, Suite 204
Alexandria, VA 22303
Tel: (703) 775-8606
aduffy@ohaganmeyer.com

*Counsel for Plaintiff*

*/s/ Jason R. Waters*
Jason R. Waters, Esq.
Lauren E. Gilman, Esq.
Nicole K. Rocha, Esq.
WILSON ELSER MOSKOWITZ
EDLEMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
Tel: (703) 245-9300
Fax: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
Nicole.Rocha@wilsonelser.com

*Counsel for Defendant*