# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **JANE DOE, proceeding under a pseudonym,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:25-CV-2299** |
| **v.** | ) | |
| | ) | |
| **TEXAS CHRISTIAN UNIVERSITY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT OF PHILIP DEPUE

1. I am over eighteen (18) years of age and understand the obligation of the certification I make herein.

2. I have personal knowledge of the matters set forth herein, except as otherwise stated, and the opinions expressed herein are based upon my education, training, experience, and technical analysis.

3. I am the Director of Digital Forensics at Sensei Enterprises, Inc. (hereafter "Sensei"), a company that specializes in digital forensics, managed information technology, and cybersecurity support services, based in Fairfax, Virginia.

4. I hold a Bachelor of Science degree in Digital Forensic Science from Defiance College in Defiance, Ohio. I also maintain digital forensic certifications, including the Cellebrite Certified Operator (CCO) and Cellebrite Certified Physical Analyst (CCPA). My current curriculum vitae, reflecting my professional qualifications and experience, is attached hereto as ***Exhibit A***.

5. Counsel retained Sensei to conduct a technical analysis concerning the network infrastructure, hosting environment, internet-based communications systems, and related digital services associated with Texas Christian University ("TCU") relevant to the matters at issue in this case, including systems and infrastructure and systems.

6. Specifically, I was asked to examine and evaluate:
    a. the hosting infrastructure and geographic location of TCU's admissions-related websites and portals, including but not limited to www.tcu.edu, admissions.tcu.edu, apply.tcu.edu, and connect.tcu.edu;
    b. the network infrastructure and publicly available routing information associated with communications between TCU systems and the email domain of Plaintiff's high school;

c. the technical infrastructure associated with TCU admissions, enrollment, and related communications relevant to the matters at issue in this case;
d. the hosting environment associated with TCU's student portal systems and third-party training or compliance platforms; and
e. whether such systems and communications involved servers, infrastructure, or data processing located within the Commonwealth of Virginia.

7. In conducting this analysis, I reviewed and relied upon publicly available Domain Name System ("DNS") records, domain resolution data, publicly available hosting and cloud provider documentation, and other technical data commonly relied upon by information technology and digital forensics professionals in evaluating internet-hosted systems and network communications.

8. The methodologies utilized in my analysis are generally accepted within the fields of digital forensics, internet infrastructure analysis, and information technology systems investigation.

9. Based upon my education, training, experience, and the technical analysis conducted in this matter, I make the following findings to a reasonable degree of technical certainty.

**<u>TCU Admissions Infrastructure</u>**

A. My analysis determined that the domains www.tcu.edu, admissions.tcu.edu, apply.tcu.edu, and connect.tcu.edu resolved to infrastructure associated with Amazon Web Services ("AWS"). Representative DNS CNAME and A record resolution data reviewed during my analysis are attached hereto as ***Exhibit B***.
*B.* My analysis further determined that multiple admissions-related domains identified above resolved directly to infrastructure associated with AWS's us-east-1 region, which AWS publicly identifies as being located in Northern Virginia. Representative AWS infrastructure documentation reviewed during my analysis is attached hereto as ***Exhibit C.***

**<u>Email Infrastructure Findings</u>**

C. My analysis included a review of the domain of Plaintiff's high school in Northern Virginia and of publicly available email infrastructure and routing information associated with it.
D. My analysis determined that their domain utilized Google Workspace mail infrastructure for electronic mail services.
E. Publicly available MX records associated with that domain identified Google-operated infrastructure responsible for receiving inbound electronic mail communications directed to that domain.

10. Based upon the foregoing analysis, findings, and materials reviewed, and to a reasonable degree of technical certainty, it is my opinion that:

A. Based upon the technical data reviewed and the infrastructure analysis conducted, TCU's admissions-related web infrastructure, including www.tcu.edu, admissions.tcu.edu, apply.tcu.edu, and connect.tcu.edu, was associated with infrastructure hosted within AWS's us-east-1 region, which AWS publicly identifies as located in Northern Virginia.

B. Internet communications between Virginia-based users and TCU's admissions-related systems involved the transmission of data to and from infrastructure associated with AWS's us-east-1 region, which AWS publicly identifies as located in Northern Virginia.

C. TCU's admissions and enrollment communications infrastructure, including systems associated with the Slate admissions platform, involved infrastructure associated with AWS-hosted systems within the us-east-1 region, which AWS publicly identifies as located in Northern Virginia.

D. Electronic mail communications directed by TCU to recipients utilizing the domain of Plaintiff's high school would have been received and opened by users at that school located in Northern Virginia.

Philip DePue

[signature] 5/15/26

Signature Date:

STATE OF Virginia )

to wit:

CITY/COUNTY OF fairfax )

I, the undersigned, a Notary Public in and for the City (or County) aforesaid, in the State of Virginia do hereby certify that Philip Depue whose name is signed to the foregoing writing, did personally appear before me, the 15 day of May, 2026 to sign, acknowledge and make oath the foregoing Agreement.

Given under my hand (and notarial seal) this 15 day of May, 2026.

[signature]

Notary Public

My commission expires: 9/30/2029

Registration No.: 00347301

SARUNYA ERIKA RICHTER NOTARY PUBLIC REG # 00347301 COMMISSION EXPIRES 09/30/2029 COMMONWEALTH OF VIRGINIA

# EXHIBIT A

# Philip E. DePue

Director of Digital Forensics

Sensei Enterprises, Inc.
3975 University Drive, Suite 225
Fairfax, VA 22030
pdepue@senseient.com

## Profile

Philip DePue is the Director of Digital Forensics at Sensei Enterprises, Inc. Mr. DePue holds a degree in Digital Forensic Science with a minor in Criminal Justice from Defiance College, Defiance Ohio. Mr. DePue is a Cellebrite Certified Operator and Physical Analyst (CCO, CCPA), as well being Comp TIA A+ certified. Before joining Sensei Enterprises, Mr. DePue worked with the Computer Forensics Division of the Lima, OH Police department.

Qualified as an expert in the following courts:
Fairfax County Juvenile and Domestic Relations District Court, Virginia
Loudoun County Circuit Court, Virginia
King George County Circuit Court, Virginia
Montgomery County Circuit Court, Virginia
Charlottesville Circuit Court, Virginia
U.S. Navy and Marine Corps Trial Judiciary, Central Judicial Circuit
Fairfax County Circuit Court, Virginia
Wythe County Circuit Court, Virginia
Prince William County Circuit Court, Virginia
Jefferson County Circuit Court, West Virginia

Representative recent work:

- Testified as an expert (in digital forensics) in *Mashal S. Shah Plaintiff v. Jahanzeb Khawaja Defendant* (2026, Fairfax, VA). Testified regarding forensic analysis and message extraction from a computer and mobile phone.

- Testified as a fact witness in *Commonwealth v. Isaias Lainez-Alvarado,* (2023, Leesburg, VA). Testified regarding CCTV video and still frames created from said video.

- Testified as an expert (in digital forensics) *Alexey Avdeev, Plaintiff v. Ievgeniia Doroshenko, Defendant* (2022, Leesburg, VA). Testified regarding forensic analysis of media files and their metadata.

- Testified as an expert (in digital forensics) *State of West Virginia, Plaintiff v. Paul Raymond Sedlock, Defendant* (2021, Charles Town, WV). Testified regarding mobile phone data and text message recovery.

- Testified as an expert (in digital forensics) in *Casey D. Leslie, Plaintiff v. Michael A. Ramos, Defendant* (2021, Manassas, VA). Testified regarding forensic analysis of media files and their metadata.

- Testified as an expert (in digital forensics) *Commonwealth of Virginia, Plaintiff v. Anthony Edmonds, Defendant* (2021, Wytheville, VA). Case involving possession of child pornography and analysis of web browser artifacts from a computer system.

- Expert Witness (in digital forensics) in *Brightview Group, LP, Plaintiff v. Andrew M. Teeters, Ross T. Dingman and Monarch Communities LLC. Defendants* (2020, Fairfax, VA). Forensic preservation and analysis was performed and deposition taken.

- Testified as a fact witness in *Brightview Group, LP, Plaintiff v. Andrew M. Teeters, Ross T. Dingman and Monarch Communities LLC. Defendants* (2020, Fairfax, VA). Testified regarding steps taken to search webmail accounts and remove specified messages.

- Testified as an expert (in digital forensics) in *Christopher Anderson v. Fairfax County Schools* (2019, Falls Church, VA). Case involving potential computer and network policy violation.

- Testified as an expert (in digital forensics) in *David L. Pierce, Plaintiff v. Open System Science of Virginia, Inc., Defendant*, (2019, Fairfax, VA). Case involving web browser history, email communications and mobile devices.

- Testified as an expert (in digital forensics) in *United States v. FCC Sean MacWhinnie, USN*, (2019, Naval Station Norfolk, Norfolk, VA). Case involving social media data and network traffic logging.

- Testified as an expert (in digital forensics) in *Commonwealth of Virginia, Plaintiff v. James Fields, Defendant* (2018, Charlottesville, VA). Case involving analysis of data from a mobile phone.

- Testified as an expert (in digital forensics) in *Commonwealth of Virginia, Plaintiff v. John Darrell Willard, Defendant* (2018, Christiansburg, VA). Case involving possession of child pornography and analysis of web browser artifacts from a mobile phone.

- Testified as an expert (in digital forensics) in *Robert Hays, Plaintiff v. Charity White, Defendant* (2018, King George, VA). Case involving data extraction and recovery from a cell phone.

- Testified as an expert (in mobile phone forensics) in *Cesar Tapia, Plaintiff v. Jamie Carrillo, Defendant* (2018, Washington, DC). D.C. Department of Employment Services hearing involving data extraction and recovery from a cell phone.

- Testified as an expert (in digital forensics) in *Sisira Kumara Kumaragamage Don, Plaintiff v. Tera International Group, Inc., et al, Defendants* (2018, Leesburg, VA). Case involving email analysis.

- Testified as an expert (in digital forensics) in *Robert Evan Ellis, Plaintiff v. Christine Michelle Ellis, Defendant* (2018, Leesburg, VA). Case involving email analysis.

- Expert Witness (in digital forensics) in *Knowledge Link, Inc. vs. Melanie Downie, et al.* (2018, Fairfax, VA). Case involving data collected and searched from company server, laptop and email. Forensic analysis was performed and deposition taken.

- Testified as an expert (in computer forensics) in *Harold Scott Pio, Petitioner v. Tanya Leah Atkins, Respondent* (2015, Fairfax, VA.). Case involving data from social media.

## Certifications/Credentials

| | |
|---|---|
| Cellebrite Certified Operator | 2018-2026 |
| Cellebrite Certified Physical Analyst | 2021-2026 |
| Certified Wireless Analyst | 2025-2026 |

## Professional Experience

**Sensei Enterprises, Inc.** 2012-Present
Fairfax, Virginia
Director of Digital Forensics

The responsibilities and experience surrounding the position of Director of Digital Forensics include, but are not limited to, the acquisition/preservation/analysis of electronic evidence, expert reporting/consulting as well as overseeing Sensei's other forensic examiners as they complete these types of tasks. Specifically, Philip DePue, is responsible for the acquisition and analysis of various digital mediums, which are provided to Sensei Enterprises, Inc., for personal or legal matters, by attorneys, law enforcement, or individuals.

**Lima Police Department** 2012
Lima, Ohio
Digital Forensics Intern

In the position of Digital Forensic Intern Mr. DePue was responsible for assisting in acquisition, review and analysis of various digital mediums related to cases being handled by the Lima Ohio Police Department.

## Education

**Defiance College** 2008-2012
Defiance, OH
*Bachelor of Science in Digital Forensic Science, Minor in Criminal Justice*

**SANS Institute** 2016
Reston, VA
*FOR518 Mac Forensic Analysis*

**Cellebrite** 2017
Parsippany, NJ
*Cellebrite Mobile Forensics Fundamentals – Online*

**Cellebrite** 2018
Parsippany, NJ
*Cellebrite Certified Operator (CCO) – Online*

**SANS Institute** 2020
Reston, VA
FOR500 Windows Forensics Analysis

**Cellebrite** 2021
Parsippany, NJ
Cellebrite Certified Physical Analyst (CCPA) – Online

**Mile2** 2023
Tampa, FL
Certified Digital Forensic Examiner – Online

**Teracom Training Institute** 2024
Las Vegas, NV
Certified Wireless Analyst (CWA) – Online

**ACEDS** 2025
Dallas, TX
eDiscovery Executive Certificate (eDEx) - Online

# EXHIBIT B

**Representative DNS CNAME Resolution Data**

**apply.tcu.edu@9.9.9.10 (Default):**

```
apply.tcu.edu.        300     IN      CNAME   cluster2.technolutions.net.
```

**admissions.tcu.edu@9.9.9.10 (Default):**

```
admissions.tcu.edu.   43200   IN      CNAME   webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com.
```

**connect.tcu.edu@9.9.9.10 (Default):**

```
connect.tcu.edu.      43200   IN      CNAME   iq-core-alb01-1800411080.us-east-1.elb.amazonaws.com.
```

**www.tcu.edu@9.9.9.10 (Default):**

```
www.tcu.edu.          900     IN      CNAME   webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com.
```

*Figure 1 — Representative CNAME resolution data for TCU admissions-related domains reflecting infrastructure associated with AWS us-east-1 load balancing services.*

## DNS A Record Resolution Data

**cluster2.technolutions.net@9.9.9.10 (Default):**

```
cluster2.technolutions.net. 33318 IN    A       34.198.122.35
```

**apply.tcu.edu@9.9.9.10 (Default):**

```
apply.tcu.edu.          300     IN      CNAME   cluster2.technolutions.net.
cluster2.technolutions.net. 33319 IN    A       34.198.122.35
```

**admissions.tcu.edu@9.9.9.10 (Default):**

```
admissions.tcu.edu.     42888   IN      CNAME   webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com.
webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com. 60 IN A 34.197.84.170
webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com. 60 IN A 54.156.110.86
```

**connect.tcu.edu@9.9.9.10 (Default):**

```
connect.tcu.edu.        43200   IN      CNAME   iq-core-alb01-1800411080.us-east-1.elb.amazonaws.com.
iq-core-alb01-1800411080.us-east-1.elb.amazonaws.com. 60 IN A 54.205.148.72
iq-core-alb01-1800411080.us-east-1.elb.amazonaws.com. 60 IN A 32.197.93.105
```

**www.tcu.edu@9.9.9.10 (Default):**

```
www.tcu.edu.            803     IN      CNAME   webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com.
webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com. 60 IN A 34.197.84.170
webserve-alb-fdotjchvj8m0-1021690910.us-east-1.elb.amazonaws.com. 60 IN A 54.156.110.86
```

*Figure 2 — Representative DNS A record resolution data reflecting IP address resolution for TCU admissions-related domains and associated infrastructure.*

## Summary Table

| Domain | DNS Resolution | Infrastructure Association |
|---|---|---|
| apply.tcu.edu | cluster2.technolutions.net | Technolutions / AWS-associated infrastructure |
| admissions.tcu.edu | webserve-alb-*.us-east-1.elb.amazonaws.com | AWS us-east-1 |
| connect.tcu.edu | iq-core-alb01-*.us-east-1.elb.amazonaws.com | AWS us-east-1 |
| www.tcu.edu | webserve-alb-*.us-east-1.elb.amazonaws.com | AWS us-east-1 |

*Table - AWS publicly identifies the us-east-1 region as its Northern Virginia region.*

*Source: Representative DNS CNAME and A record resolution data retrieved May 14, 2026, using Dig Web Interface (https://digwebinterface.com).*

# EXHIBIT C

**Representative AWS Infrastructure Documentation**

# Available AWS Regions

The geography for a Region is the specific physical location of its infrastructure. This information can help you meet your regulatory, compliance, and operational requirements.

The following table lists the Regions provided by an AWS account.

| Code | Name | AZs | Geography | Opt-in status |
|---|---|---|---|---|
| us-east-1 | US East (N. Virginia) | 6 | United States of America | Not required |

*Figure 1 — AWS regional infrastructure documentation identifying AWS us-east-1 as "US East (N. Virginia)."*

*Source: Amazon Web Services public infrastructure documentation retrieved May 14, 2026, available at: https://docs.aws.amazon.com/global-infrastructure/latest/regions/aws-regions.html.*