**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **JANE DOE,**<br>*Plaintiff*,<br><br>v.<br><br>**TEXAS CHRISTIAN UNIVERSITY,**<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-2299-RDA |

**THE COMMONWEALTH OF VIRGINIA *EX REL.* JAY JONES, ATTORNEY GENERAL'S MOTION FOR LEAVE TO FILE AN *AMICUS CURIAE* BRIEF**

The Commonwealth of Virginia *ex rel.* Jay Jones, Attorney General ("Commonwealth" or "Attorney General") respectfully requests leave to file an *amicus curiae* brief in support of the Plaintiff's Opposition to the Defendant's Motion to Dismiss or, in the Alternative, Transfer Venue, to assist this Court in its consideration of the Opposition and the Defendant's Motion. [Dkt. Nos. 10, 11; 17]. In furtherance of this request, the Commonwealth states the following:

1. The District Court has "broad discretion in deciding whether to allow a non-party to participate as an *amicus curiae*." *Tafas v. Dudas*, 511 F. Supp. 2d 652, 659 (E.D. Va. 2007). At the trial level, *amicus curiae* briefs by non-parties may be considered "where they provide helpful analysis of the law, they have a special interest in the subject matter of the suit, or existing counsel is in need of assistance." *Bryant v. Better Business Bureau,* 923 F. Supp. 720, 727 (D. Md. 1996).

2. The Commonwealth's request to file an amicus brief is also timely, relative to the briefing schedule of the parties in this action. *See, e.g., Tafas*, 511 F. Supp.2d at 660 (where "the parties seeking to be heard as *amici curiae* filed their motions before the first hearing" and

the "briefs were filed a relatively short time after the case began," the Court found they were sufficiently timely).

3. The Commonwealth's *amicus curiae* brief is narrow in scope with respect to the parties' briefing, and seeks only to offer analysis to this Court on the extraterritoriality of the Virginia Consumer Protection Act ("VCPA") and the application of Virginia conflict of laws principles to the same.

4. As detailed further in the accompanying brief, the Attorney General is the primary constitutional officer in the Commonwealth charged with enforcing the VCPA, and as such, has a significant interest in ensuring that the statute is properly construed and that its legislative purpose is fulfilled.

5. The Commonwealth sought the consent of both parties before bringing this Motion to the Court, but was unable to obtain a stipulation from the parties, thus necessitating this filing.[1]

For these reasons, and pursuant to this Court's considerable discretion to allow amicus curiae briefs, the Commonwealth respectfully requests leave to file the attached brief in the above-captioned matter.

Respectfully submitted,

By: _____*/s/ Joelle E. Gotwals*__________
Joelle E. Gotwals

[1] Though the Plaintiff, through counsel, consented to the Commonwealth's *amicus curiae* brief, the Defendant did not.

COMMONWEALTH OF VIRGINIA
*EX REL.* JAY JONES,
ATTORNEY GENERAL

Jay Jones
Attorney General

Travis G. Hill
Chief Deputy Attorney General

Helen O. Hardiman
Deputy Attorney General

Richard S. Schweiker, Jr.
Senior Assistant Attorney General and Chief
Consumer Protection Section

Joelle E. Gotwals (VSB # 76779)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-8789
Facsimile: (804) 786-0122
jgotwals@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record:

Thomas M. Wolf, Esq.
O'Hagan Meyer, PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
(804) 361-4551 (telephone)
(804) 237-250 (facsimile)
twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
cpintado@ohaganmeyer.com
*Counsel for Plaintiff*

Jason R. Waters, Esq.
Lauren E. Gilman, Esq.
WILSON ELSER MOSKOWITZ
EDLEMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
Tel: (703) 245-9300
Fax: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for Defendant*

*/s/ Joelle E. Gotwals*
Joelle E. Gotwals