**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 1:25cv2299** |
| **TEXAS CHRISTIAN UNIVERSITY,** | ) | |
| **Defendant.** | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY

Plaintiff Jane Doe, by counsel and pursuant to Local Rule 7(F)(1), respectfully moves for leave to file a three-page Sur-Reply to address new matters raised in Defendant Texas Christian University's Reply Brief. The grounds for this motion are set forth in the memorandum of law filed contemporaneously herewith.

Respectfully Submitted,

JANE DOE

/s/ Thomas M. Wolf
Of Counsel

Thomas M. Wolf (VSB No. 18234)
Joseph M. Rainsbury (VSB No. 45782)
Dale E. Wolf, II. (VBS # 101561)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 361-4551
Facsimile: (804) 237-0250
twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
dwolf@ohaganmeyer.com

Alison C. Duffy (VSB #90113)
O'HAGAN MEYER, PLLC
2560 Huntington Ave, Suite 204
Alexandria, VA 22303
Tel: (703) 775-8606
aduffy@ohaganmeyer.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record:

Jason R. Waters, Esq.
Lauren E. Gilman, Esq.
Nicole K. Rocha, Esq.
WILSON ELSER MOSKOWITZ
EDLEMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
Tel: (703) 245-9300
Fax: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
Nicole.Rocha@wilsonelser.com

*Counsel for Defendant*

*/s/Thomas M. Wolf*
Thomas M. Wolf, Esq.