**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

**JANE DOE,**

**Plaintiff,**

**v.**

**TEXAS CHRISTIAN UNIVERSITY,**

**Defendant.**

**Civil Action No. 1:25cv2299**

**PROPOSED ORDER**

Plaintiff's Motion for Leave to File Sur-Reply is hereby granted, and the Sur-Reply brief is deemed filed.

ENTERED this ____ day of _____ 2026

_______________________________
Rossie D. Alston, Jr.
United States District Judge