# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS CHRISTIAN UNIVERSITY,<br><br>Defendant. | ) | Civil Action No. 1:25cv2299 |

**PLAINTIFF'S SUR-REPLY**

Plaintiff Jane Doe, by counsel, respectfully submits this Sur-Reply to address new matters raised in Defendant Texas Christian University's Reply Brief [ECF No. 18].

In its opening brief, TCU argued that this Court lacked personal jurisdiction because, (1) TCU's marketing efforts in Virginia were "general marketing materials" and (2) "no aspect of the admissions relationship contemplated ongoing contact with the Commonwealth." Plaintiff has responded to those assertions in her Opposition Brief. In its Reply Brief, however, TCU goes beyond the marketing and admissions assertions and argues that (3) "TCU sold no goods and provided no services for Jane's benefit or consumption in Virginia" (Reply at 1) and "TCU has never provided educational services to Jane in Virginia." (Reply at 5.)

Those assertions are false. As an initial matter, TCU fails because Jane and her family accepted TCU's offer of admission in Virginia, placing the transaction squarely in Virginia. But TCU also fails because, contrary to TCU's assertions, Jane *consumed* educational services provided by TCU *while she was still in Virginia*. (Declaration of Jane Doe "Doe Decl.", attached as **Exhibit 1**, at ¶¶ 3-4.) In particular, she completed five online safety modules that

TCU referred to as "courses" and required of all matriculating freshman. (Doe. Decl. ¶ 3.) These addressed such issues as sexual safety, defining consent, support resources, and included TCU Policy on Rape, Sexual Misconduct, Prohibited Discrimination and Harassment. (Doe Decl., Exhibit A.) Jane completed all five courses in Virginia. (Doe Decl. ¶ 4.) TCU also invited Jane to a live online, interactive webinar with TCU's President, Daniel Pullin, and its Interim Provost Floyd Wormley. (Doe Decl. ¶ 5.) The purpose of this webinar was to welcome admittees and answer questions that they or their families might have. (Doe Decl., Exhibit B.) Jane attended this online webinar while she was in Virginia. (Doe Decl. ¶ 5.) That Jane consumed TCU's educational services while in Virginia supports this Court's asserting personal jurisdiction over TCU.

TCU's Reply also raised a new legal argument, to which Jane wishes to present a short response. In its Reply, TCU claims that the Supreme Court's decision in *Cummings v. Premier Rehab Keller*, P.L.L.C., 596 U.S. 212, 221-22 (2022), which addressed only *federal* Title IX claims, somehow "forecloses" emotional-distress damages on the *Virginia* statutory and tort claims that Jane has asserted in this case. Not so. *Cummings* concerned the limits of private rights of action *to enforce anti-discrimination statutes*, such as Title IX, that apply to recipients of federal funds. *Id.* at 218. The Court analogized the acceptance of federal funds to a contract between the Government and the recipient, with the recipient promising to abide by anti-discrimination statutes. Thus, it reasoned, a private right of action to enforce those anti-discrimination statutes is tantamount to a contract claim. Because emotional-distress damages are generally unavailable in contract claims, the Court held that "emotional distress damages are not recoverable under the Spending Clause antidiscrimination statutes we consider here." *Id.* at 230.

*Cummings* has no application to the present case for the simple reason that Jane is not asserting a private right of action under Title IX. *Cummings* limits only the remedies available under private rights of action to enforce Spending Clause antidiscrimination statutes. It has zero application where, as here, the plaintiff is not seeking to enforce such a statute. That Jane *could* have filed a Title IX claim against TCU is irrelevant.[1] The claims she has brought would be the same if Title IX did not exist. TCU must defend against the claims that Jane brings against it, not claims that she could have brought but did not.

Respectfully Submitted,

JANE DOE

*/s/ Thomas M. Wolf*
Of Counsel

Thomas M. Wolf (VSB No. 18234)
Joseph M. Rainsbury (VSB No. 45782)
Dale E. Wolf, II. (VBS # 101561)
O'HAGAN MEYER, PLLC
411 East Franklin Street, Suite 500
Richmond, Virginia 23219
Telephone: (804) 361-4551
Facsimile: (804) 237-0250
*twolf@ohaganmeyer.com*
*jrainsbury@ohaganmeyer.com*
*dwolf@ohaganmeyer.com*

[1] TCU is trying to treat Title IX as if it had "complete preemptive" force, like ERISA, wherein state-law claims are construed as if they were poorly-asserted federal claims. Such statutes are rare and there is no statutory basis for finding any complete preemption of state-law remedies in the text of Title IX. "In all pre-emption cases, and particularly in those in which Congress has legislated in a field which the States have traditionally occupied, we start with the assumption that the historic police powers of the States were not to be superseded by the Federal Act unless that was the clear and manifest purpose of Congress." *Wyeth v. Levine*, 555 U.S. 555, 565 (2009) (internal quotation marks and citation omitted).

Alison C. Duffy (VSB #90113)
O'HAGAN MEYER, PLLC
2560 Huntington Ave, Suite 204
Alexandria, VA 22303
Tel: (703) 775-8606
aduffy@ohaganmeyer.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record:

Jason R. Waters, Esq.
Lauren E. Gilman, Esq.
Nicole K. Rocha, Esq.
WILSON ELSER MOSKOWITZ
EDLEMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
Tel: (703) 245-9300
Fax: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
Nicole.Rocha@wilsonelser.com

*Counsel for Defendant*

*/s/Thomas M. Wolf*
Thomas M. Wolf, Esq.

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **JANE DOE, proceeding under a pseudonym,** | ) | |
| **Plaintiff,** | ) | **Case No.: 1:25-CV-2299** |
| **v.** | ) | |
| **TEXAS CHRISTIAN UNIVERSITY,** | ) | |
| **Defendant.** | ) | |

**DECLARATION OF JANE DOE**

1. I am the plaintiff in this case and have personal knowledge of the facts stated below.
2. In April of 2024, TCU provided educational services to me in Fairfax County, Virginia, before I began my freshman year at TCU.
3. Before going to TCU for orientation in June 2024, I was required by TCU to complete the five "online education modules," also referred to by TCU as "courses." This course work was not part of any marketing material I reviewed. I was required to complete it as an incoming first-year student. As described in **Exhibit A** hereto, which is copied from TCU's website, these courses included instructional content on sexual safety, defining consent, support resources, and included TCU Policy on Rape, Sexual Misconduct, Prohibited Discrimination and Harassment. (Exhibit A states it is from 2025, but it was substantially the same in 2024 when I completed the modules/courses.)
4. While in Virginia, I did complete those educational modules/courses.
5. Also, while in Virginia I received from TCU the email attached as **Exhibit B** which was emailed to me at my high school email address. The email invited me to attend a "webinar" offered by the Chancellor "exclusively for admitted students." I attended that webinar while at my home in Virginia.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on this 27th day of May 2026.

Jane Doe

*Plaintiff*

# CVFG@GR ?

# Online Modules

As a Texas Christian University community member, you play a key role in helping the University maintain the highest ethical standards of conduct and create a safe and supportive campus community. TCU provides resources to support students in making informed choices regarding their health and safety, as well as the health and safety of other students and the larger TCU community.

In addition to our legal requirements for enforcing federal and state regulations, we provide education to ensure that TCU maintains the highest standards of compliance and to reinforce an environment free from discrimination, harassment and retaliation. These efforts guide us in our daily University activities and encourage us to respect the freedom and individuality of others as well as understand and adhere to laws applicable to higher education. Among these educational resources are online modules designed to provide critical information about our community's expectations.

TCU partners with Vector, a leader in online prevention education, to provide online educational modules for faculty, staff and students. TCU is a Campus Prevention Network Seal of Prevention honoree and takes pride in the prevention education required of all of our students to support the University's mission to "educate individuals to think and act as ethical leaders and responsible citizens". More information about each of the online education modules is included below. Please click on the program name for a detailed description. For technical support, see the troubleshooting tips provided below including the link to Vector technical support. If you need assistance with access and assignments, please email **care@tcu.edu**.

2025 CAMPUS PREVENTION NETWORK SEAL OF PREVENTION SAFETY • WELL-BEING • STUDENT SUCCESS •

All student courses can be accessed through this link **https://tcustudents-tx.vectorlmsedu.com/** and logging in with your TCU log in credentials.

## Undergraduate Students – New first years and transfers

All incoming first-year and transfer students are required to complete the modules outlined below by the deadlines listed in the emails sent to their TCU email address. Failure to complete the courses will result in a HOLD being placed on your student account, preventing any future enrollment.

*Waivers for survivors of sexual assault, relationship violence, harassment or stalking who do not feel comfortable viewing the RespectEdu course are available by request. Please contact a confidential Campus Advocate in the CARE office at* ***care@tcu.edu*** *to request a waiver.*

## AlcoholEdu for College

Using a story-first approach to engage our student learners in meaningful alcohol prevention education, this course centers authentic student-driven narratives to explore key topics such as supporting peers in recovery, understanding the short and long term effects of alcohol and substance use, and the physical, mental, and emotional benefits of abstaining and/or reducing the use of these substances while in college. By blending narrative-driven instruction with interactive engagement, this course equips students with the tools to make positive choices and create a culture of awareness, intervention, and support. This module includes a policy acknowledgment for the TCU polices on alcohol and drugs found in the TCU Code of Student Conduct.

## Hazing Awareness and Prevention for Students

Hazing is a dangerous ritual taking place at institutions and organizations across the country. While certain activities that groups and clubs use to initiate members may seem innocuous, oftentimes these behaviors can escalate, creating harassing and sometimes violent and deadly criminal acts. This course gives students a better understanding about hazing so that they can identify when it's happening and possibly prevent incidents in the future. This module includes a policy acknowledgement for the TCU Code of Student Conduct 3.2.2 Hazing, as well as how to report hazing at TCU.

## Mental Well-Being for Students

The Mental Well-Being for Students module equips students with information and skills to support the emotional well-being of themselves and others. This module provides information on campus resources including the TCU Counseling and Mental Health Center and the 24/7 Counseling Helpline.

## RespectEdu for College

By the time we graduate high school and enter college as young adults, we all have vastly different understandings and perspectives about sex and healthy relationships depending on what we were taught. This course provides college students with an overview of creating and maintaining healthy and informed relationships and sexual interactions. Topics include: defining consent, avoiding assumptions, managing rejection, being a good bystander, seeking support and resources, and others. This module include TCU Policy 1.008 and 1.009 Prohibited Discrimination, Harassment, Sexual Misconduct, and Retaliation Policy acknowledgements, methods to report concerns, and campus resources.

## Understanding Opioid and Fentanyl Misuse

This course explores the nature and consequences of opioid and fentanyl use and misuse. Beginning with a general introduction to legal and illegal opioids, this experience discusses the effects of opioids on the body, the physiological impact of opioid misuse, and the risks associated with overdose and substance use dependency. Our primary objective is to equip students with the knowledge to recognize early signs of opioid and fentanyl misuse and how to intervene effectively. By fostering awareness, we aim to empower students to take a proactive role in addressing opioid-related issues within their communities.

# CVFG@GR @

**From:** Texas Christian University <frogmail@tcu.edu>
**Date:** April 3, 2024 at 6:03:38 PM EDT
**To:** [redacted]@[redacted]school.org
**Cc:** [redacted]@aol.com, [redacted]@[redacted].com
**Subject: Chat with Campus Leadership on April 24!**
**Reply-To:** frogmail@tcu.edu




## Dear [redacted],

The people at Texas Christian University are a big part of what makes our college great, and that starts at the top with our campus leaders. They're known for investing incredible thought and care into our Horned Frogs' academic, personal and professional growth.

**Wednesday, April 24, at 6:00 p.m**. (Central Time), I'm excited to host President Daniel Pullin and Interim Provost Floyd Wormley to welcome you virtually, have a chat and spend some time answering your questions. We can't wait to connect with you during this one-hour webinar, exclusively for admitted students and their families.

**REGISTER NOW ▸**

TCU has strong leadership and I encourage you to take part in this conversation with the people who have led TCU to the top-tier university it is today, and who will guide us into a bright tomorrow.

Warmly,

Heath Einstein
Dean of Admission

**CONTACT US**

3301 Bellaire Drive North, Fort Worth, TX 76129
800-828-3764 | 817-257-7490 | frogmail@tcu.edu

You received this message because you provided your e-mail address to TCU.

Nondiscrimination Statement

752275675

This email was sent to [redacted]@[redacted]school.org by Texas Christian University.
Unsubscribe from Email Communications.