**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **JANE DOE,**<br>*Plaintiff*,<br><br>v.<br><br>**TEXAS CHRISTIAN UNIVERSITY,**<br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-2299-RDA<br><br>**NOTICE OF WAIVER OF ORAL ARGUMENT** |

**NOTICE**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 7, the Commonwealth of Virginia, *ex rel.* Jay Jones, Attorney General, hereby waives oral argument on its Motion for Leave to file an *Amicus Curiae* Brief.

Respectfully submitted,

By: *<u>/s/ Joelle E. Gotwals</u>*

Joelle E. Gotwals (VSB # 76779)
Senior Assistant Attorney General
Office of the Attorney General of Virginia
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-8789
Facsimile: (804) 786-0122
jgotwals@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to all counsel of record:

Thomas M. Wolf, Esq.
O'Hagan Meyer, PLLC
411 E. Franklin Street, Suite 500
Richmond, Virginia 23219
(804) 361-4551 (telephone)
(804) 237-250 (facsimile)
twolf@ohaganmeyer.com
jrainsbury@ohaganmeyer.com
cpintado@ohaganmeyer.com
*Counsel for Plaintiff*

Jason R. Waters, Esq.
Lauren E. Gilman, Esq.
WILSON ELSER MOSKOWITZ
EDLEMAN & DICKER, LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102-5102
Tel: (703) 245-9300
Fax: (703) 245-9301
Jason.Waters@wilsonelser.com
Lauren.Gilman@wilsonelser.com
*Counsel for Defendant*

_____*/s/ Joelle E. Gotwals*__________
Joelle E. Gotwals